254 F.2d 609
 Daniel Joseph CONNOLLY
v.
UNITED STATES of America.
 No. 5768.
 United States Court of Appeals Tenth Circuit.
 March 11, 1958.
 
 Appeal from the United States District Court for the District of Kansas.
 Marvin S. Dansky, Denver, Colo., for appellant.
 William C. Farmer, U.S. Atty., Topeka, Kan., and Milton, P. Beach, Asst. U.S. Atty., Kansas City, Kan., for appellee.
 Before BRATTON, Chief Judge, and HUXMAN and MURRAH, Circuit Judges.
 PER CURIAM.
 
 
 1
 Affirmed without written opinion.